## (June 8, 1959)

■ WILLIAM J. FINNERTY, Respondent, v. RAYMOND TIMNEY, Appellant. — In an action to recover damages for a breach, by the seller, of an agreement for the sale of a used passenger automobile, the appeal is from a judgment of the City Court of Peekskill, entered after trial before the court without a jury in favor of respondent. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ MEYER GOLDBLUM, Appellant, v. CADILLAC HOMES, INC., Respondent.— In an action to recover real estate brokerage commissions, the appeal is from an order denying, with leave to renew, appellant's motion to examine respondent by its president before trial. Appeal dismissed, without costs. The order is not appealable. (Belfi v. International Commercial Corp., 277 App. Div. 787; Kalmanash v. Weinstein, 271 App. Div. 788; Weinrib v. American Binder Co., 270 App. Div. 914.) We have, however, examined the merits, and would affirm the order sought to be appealed from if we had not dismissed the appeal. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Required for a School Site Located at the Northwest Corner of Marathon Parkway and 60th Avenue, in the Borough of Queens, City of New York. WALBERT REALTY INVESTORS, INC., Respondent-Appellant.— Appeals (1) by the City of New York from a decree which awarded $145,000 for the taking of the property involved, on the ground of excessiveness, and (2) by the owner of the property, on the ground of inadequacy. Decree unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.